## GULF, COLO. & S. F. RY. CO. v. MITCHELL.

No. 16810—Opinion Filed May 18 1926.

Error From District Court, Carter County; W. F. Freeman, Judge.

Action between the Gulf, Colorado & Santa Fe Railway Company and Jim Mitchell. From the judgment, the former brings error. Reversed and remanded.

Cottingham, McInnis & Green, Frank G. Anderson, M. M. Gibbens. and Cruce & Potter. for plaintiff in error.

Thos. Norman and J. A. Bass, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for failure of the defendant in error to file a brief, for a new trial as required by rule 7 of this court.